**08CV1837**
**JUDGE ST. EVE**
**MAG. JUDGE ASHMAN**

CAT 2
MHN

The civil cover sheet and the inform[ation contained herein neither replace nor supplement the filing and se]rvice of pleadings or other papers as required by law, except as provided by local rul[es of court. This form is required for the use of the Clerk of Court for the] purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVE[RSE OF THE FORM.])

**(a) PLAINTIFFS**

Terry James Maier

**DEFENDANTS**

United States

**(b)** County of Residence of First Listed Plaintiff  Kendall
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**FILED**
JN 3-31-2008
MAR 3 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane / ☐362 Personal Injury— Med. Malpractice | ☐620 Other Food & Drug | | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability / ☐365 Personal Injury— Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | ☐423 Withdrawal 28 USC 157 | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault, Libel & Slander / ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | | ☐640 R.R. & Truck | **PROPERTY RIGHTS** | ☐460 Deportation |
| ☐151 Medicare Act | ☐330 Federal Employers' Liability | ☐650 Airline Regs. | ☐820 Copyrights | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (excl. vet.) | ☐340 Marine | ☐660 Occupational Safety/Health | ☐830 Patent | ☐480 Consumer Credit |
| | | | ☐840 Trademark | ☐490 Cable/Satellite TV |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐345 Marine Product Liability / **PERSONAL PROPERTY** ☐370 Other Fraud | ☐690 Other | | ☐810 Selective Service |
| | | | | ☐850 Security/Commodity/Exch. |
| ☐160 Stockholders' Suits | ☐350 Motor Vehicle / ☐371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☐355 Motor Vehicle Product Liability / ☐380 Other Personal Property Damage | ☐710 Fair Labor Standards Act | ☐861 HIA (1395ff) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | | | ☐862 Black Lung (923) | ☐892 Economic Stabilization Act |
| ☐196 Franchise | ☐360 Other Personal Inj. / ☐385 Property Damage Product Liability | ☐720 Labor/Mgmt. Relations | ☐863 DIWC/DIWW (405(g)) | ☐893 Environmental Matters |
| | | | ☐864 SSID Title XVI | ☐894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐730 Labor/Mgmt.Reporting & Disclosure Act | ☐865 RSI (405(g)) | ☐895 Freedom of Information Act |
| ☐210 Land Condemnation | ☐441 Voting / ☐510 Motions to Vacate Sentence | | | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐220 Foreclosure | ☐442 Employment | ☐740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐230 Rent Lease & Ejectment | ☐443 Housing/ Accommodations / Habeas Corpus: ☐530 General | | ☐870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐240 Torts to Land | | ☐790 Other Labor Litigation | | ☐950 Constitutionality of State Statutes |
| ☐245 Tort Product Liability | ☐444 Welfare / ☐535 Death Penalty | | | |
| ☐290 All Other Real Property | ☐445 ADA—Employment / ☐540 Mandamus & Other | ☐791 Empl. Ret. Inc. Security Act | ☒871 IRS—Third Party 26 USC 7609 | ☐890 Other Statutory Actions |
| | ☐446 ADA — Other / ☐550 Civil Rights | | | |
| | ☐440 Other Civil Rights / ☐555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒1 Original Proceeding
- ☐2 Removed from State Court
- ☐3 Remanded from Appellate Court
- ☐4 Reinstated or Reopened
- ☐5 Transferred from another district (specify)
- ☐6 Multidistrict Litigation
- ☐7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

26 USC 7609 - Petition to Quash IRS 3rd Party Summons

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐Yes ☐No

**IX. This case**
☐ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

**DATE** | **SIGNATURE OF ATTORNEY OF RECORD**

Received in the mail 3/31/08 jn