MHW

08CV1837
JUDGE ST. EVE
MAG. JUDGE ASHMAN

**LITIGANTS**
~~~~~~~DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

| | | |
|---|---|---|
| NAME: | Terry James Maier | **FILED** |
| STREET ADDRESS: | 14780 Galena Road | JN |
| CITY/STATE/ZIP: | Plano, Illinois 60545 | MAR 3 1 2008 |
| PHONE NUMBER: | 630-552-8297 | 3-31-2008 |
| CASE NUMBER: | | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |

_____
Signature

3-26-08
Date