UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY JAMES MAIER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1837 |
| | ) | |
| v. | ) | |
| | ) | Judge St. Eve |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ATTORNEY DESIGNATION**

    Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

    Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Samuel D. Brooks
    SAMUEL D. BROOKS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5342
    sam.brooks@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

    Attorney Designation

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on June 2, 2008, to the following non-ECF filers:

    Terry J. & Denise L. Maier
    14780 Galena Road
    Plano, Illinois 60545

    By:    s/ Samuel D. Brooks
            SAMUEL D. BROOKS
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 353-5342
            sam.brooks@usdoj.gov