UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY JAMES MAIER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1837 |
| | ) | |
| v. | ) | |
| | ) | Judge St. Eve |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

Defendant United States, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves pursuant to Federal Rule of Civil Procedure 56 for summary judgment in its favor. In support, defendant submits his Notice to *Pro Se* Litigant Opposing Motion for Summary Judgment, Local Rule 56.1 Statement of Material Facts, and supporting memorandum of law herewith.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s Samuel D. Brooks
    SAMUEL D. BROOKS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5342
    sam.brooks@usdoj.gov

**CERTIFICATE OF SERVICE**

  The undersigned Assistant United States Attorney hereby certifies that the following documents:

   Defendant United States Motion for Summary Judgment

   Defendant United States' Statement of Material Facts (w/ attachments)

   Defendant United States' Memorandum in Support of Summary Judgment

   Notice to *Pro Se* Litigant Opposing Motion for Summary Judgment

were served on July 24, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers, if any, and was sent by first-class mail to the following non-ECF filers:

   Terry J. & Denise L. Maier
   14780 Galena Road
   Plano, Illinois 60545

           By: s/ Samuel D. Brooks
              SAMUEL D. BROOKS
              Assistant United States Attorney
              219 South Dearborn Street
              Chicago, Illinois 60604
              (312) 353-5342
              sam.brooks@usdoj.gov