UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY JAMES MAIER, Plaintiff, | ) | Case No. 08 C 1837 |
| v. | ) | |
| UNITED STATES, Defendant. | ) | Judge St. Eve |

**DEFENDANT UNITED STATES'**
**STATEMENT OF MATERIAL FACTS IN SUPPORT OF SUMMARY JUDGMENT**

Defendant, United States, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, provides the following statement of material facts pursuant to Rule 56.1 of the Local Rules of the United States District Court for the Northern District of Illinois:

1. On March 19, 2008, IRS Revenue Agent Marianne Chianelli issued administrative summonses concerning taxable year 2003 to Nature's Sunshine Products, Inc.; Sho-Deen, Inc.; Northwest Metalcraft; and DRH Cambridge Homes, Inc., seeking information relating to any relationship "Terrence Maier" and/or "Maier Precast, Inc." may have had with the respective business entities. *See* D. 1, Case No. 08 C 1837, attachments to petition.[1]

2. Each summons bears a return date of April 18, 2008, reflects that it was issued as part of an IRS investigation of Maier's federal income tax liabilities for 2003, and references Maier's social security number. D. 1, Case No. 08 C 1837, attachments to petition.

[1] "D" references are to the numbered items in the court's docket for the identified case number.

3. A database maintained by Westlaw reflects that various UCC1's have been filed with the Illinois Secretary of State that list "Terry Maier" and "Maier Precast" together as a debtors to the Community Bank of Plano and also identifies Maier's home address, 14780 Galena Road, Plano, IL 60545, as the address for Maier Precast. Exhibit 1, Westlaw, Uniform Commercial Code Reports.

4. On March 31, 2008, Maier filed a petition with the district court seeking to quash all four IRS third-party summonses. D. 1, Case No. 08 C 1837. In his petition, Maier alleges that the IRS summonses should be quashed because: (1) he is not a person subject to the summons authority of the IRS; (2) they are identical to some summonses that were previously issued in January 2008; (3) they relate to a company allegedly dissolved in 1997; (4) they reference "Terrance Maier" rather than "Terry James Maier;" and (5) they are overbroad and violate his Fourth Amendment rights. D. 1, Case No. 08 C 1837.

5. Since the date Maier filed his petition to the date of the filing of this statement, the district court clerk's office has not issued any summonses for service in Case No. 08 C 1837. D. *passim*, Case No. 08 C 1837.

6. Maier was previously advised of the requirements necessary to properly serve the United States when the United States raised and briefed the issue of service in the previously dismissed lawsuit, *Maier v. United States*, No. 07 C 5112. D. 12 & 14, Case No. 07 C 5112.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Samuel D. Brooks
SAMUEL D. BROOKS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5342
sam.brooks@usdoj.gov

Westlaw.

005096782IL



UNIFORM COMMERCIAL CODE REPORT

**Information Current Through:** 07-03-2008
**Database Updated:** 07-16-2008
**Update Frequency:** Weekly
**Current Date:** 07/17/2008
**Source:** IL SECRETARY OF STATE

**FILING INFORMATION**

**Filing Number:** 5096782
**Filing Date:** 04/16/2002
**Filing Time:** 10:01PM
**Expiration Date:** 05/30/2007
**Filing Type:** AMENDMENT
**Filing Date of Related Filing:** 05/30/1997
**Filing Office:** SECRETARY OF STATE/UCC DIVISION
350 W HOWLETT BLD
SPRINGFIELD, IL 62706

**DEBTOR INFORMATION**

**Debtor(s):** MAIER PRECAST
14780 GALENA RD
PLANO, IL 60545

**D&B DUNS Number:** 02-116-5642

**MAIER, TERRY**
14780 GALENA RD
PLANO, IL 60545

**MAIER, TERRY**
14780 GALENA RD
PLANO, IL 60545

**SECURED PARTY OR CREDITOR INFORMATION**

**Secured Party(s):** COMMUNITY BANK
2005 W RTE 34 PO BOX 127
PLANO, IL 60545

The preceding public record data is for information purposes only and is not the official record. Certified copies can only

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

UNIFORM COMMERCIAL CODE REPORT

| | |
|---|---|
| **Information Current Through:** | 07-03-2008 |
| **Database Updated:** | 07-16-2008 |
| **Update Frequency:** | Weekly |
| **Current Date:** | 07/17/2008 |
| **Source:** | IL SECRETARY OF STATE |

**FILING INFORMATION**

| | |
|---|---|
| **Filing Number:** | 5096790 |
| **Filing Date:** | 04/16/2002 |
| **Filing Time:** | 10:02PM |
| **Expiration Date:** | 05/30/2007 |
| **Filing Type:** | CONTINUATION |
| **Filing Date of Related Filing:** | 05/30/1997 |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION<br>350 W HOWLETT BLD<br>SPRINGFIELD, IL 62706 |

**DEBTOR INFORMATION**

| | |
|---|---|
| **Debtor(s):** | MAIER PRECAST<br>14780 GALENA RD<br>PLANO, IL 60545 |
| **D&B DUNS Number:** | 02-116-5642 |
| | **MAIER, TERRY**<br>14780 GALENA RD<br>PLANO, IL 60545 |
| | **MAIER, TERRY**<br>14780 GALENA RD<br>PLANO, IL 60545 |

**SECURED PARTY OR CREDITOR INFORMATION**

| | |
|---|---|
| **Secured Party(s):** | COMMUNITY BANK<br>2005 W RTE 34 PO BOX 127<br>PLANO, IL 60545 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

UNIFORM COMMERCIAL CODE REPORT

| | |
|---|---|
| **Information Current Through:** | 07-03-2008 |
| **Database Updated:** | 07-16-2008 |
| **Update Frequency:** | Weekly |
| **Current Date:** | 07/17/2008 |
| **Source:** | IL SECRETARY OF STATE |

**FILING INFORMATION**

| | |
|---|---|
| **Filing Number:** | 8854545 |
| **Filing Date:** | 01/26/2007 |
| **Filing Time:** | 3:30PM |
| **Expiration Date:** | 05/30/2012 |
| **Filing Type:** | CONTINUATION |
| **Filing Date of Related Filing:** | 05/30/1997 |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION<br>350 W HOWLETT BLD<br>SPRINGFIELD, IL 62706 |

**DEBTOR INFORMATION**

| | |
|---|---|
| **Debtor(s):** | MAIER PRECAST<br>14780 GALENA RD<br>PLANO, IL 60545 |
| **D&B DUNS Number:** | 021165642 |
| | **MAIER, TERRY**<br>14780 GALENA RD<br>PLANO, IL 60545 |
| | **MAIER, TERRY**<br>14780 GALENA RD<br>PLANO, IL 60545 |

**SECURED PARTY OR CREDITOR INFORMATION**

| | |
|---|---|
| **Secured Party(s):** | COMMUNITY BANK<br>2005 W RTE 34 PO BOX 127<br>PLANO, IL 60545 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Westlaw.



UNIFORM COMMERCIAL CODE REPORT

**Information Current Through:** 07-03-2008
**Database Updated:** 07-16-2008
**Update Frequency:** Weekly
**Current Date:** 07/17/2008
**Source:** IL SECRETARY OF STATE

**FILING INFORMATION**

**Filing Number:** 3695754
**Filing Date:** 05/30/1997
**Filing Time:** 2:17PM
**Expiration Date:** 05/30/2002
**Filing Type:** ORIGINAL
**Filing Office:** SECRETARY OF STATE/UCC DIVISION
STATE HOUSE
SPRINGFIELD, IL 62706

**DEBTOR INFORMATION**

**Debtor(s):** **MAIER, TERRY**
14780 GALENA RD
PLANO, IL 60545
**D&B DUNS Number:** 02-116-5642
MAIER PRECAST
14780 GALENA RD
PLANO, IL 60545

**SECURED PARTY OR CREDITOR INFORMATION**

**Secured Party(s):** COMMUNITY BANK
2005 W RTE 34 PO BOX 127
PLANO, IL 60545

**COLLATERAL INFORMATION**

**Collateral Type:** INVENTORY
**Collateral Type:** EQUIPMENT
**Collateral Type:** MACHINERY

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

| | |
|---|---|
| **Collateral Type:** | VEHICLES |
| **Collateral Type:** | FIXTURES |
| **Collateral Type:** | BUSINESS MACHINERY/EQUIPMENT |
| **Collateral Type:** | ACCOUNT(S) |
| **Collateral Type:** | CHATTEL PAPER |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Westlaw.

002971336IL



UNIFORM COMMERCIAL CODE REPORT

**Information Current Through:** 07-03-2008
**Database Updated:** 07-16-2008
**Update Frequency:** Weekly
**Current Date:** 07/17/2008
**Source:** IL SECRETARY OF STATE

**FILING INFORMATION**

**Filing Number:** 2971336
**Filing Date:** 04/08/1992
**Filing Time:** 9:40PM
**Expiration Date:** 04/08/1997
**Filing Type:** ORIGINAL
**Filing Office:** SECRETARY OF STATE/UCC DIVISION
STATE HOUSE
SPRINGFIELD, IL 62706

**DEBTOR INFORMATION**

**Debtor(s):** **MAIER, TERRY** DBA **MAIER** PRECAST
14780 GALENA RD
PLANO, IL 60545
**D&B DUNS Number:** 02-116-5642

**SECURED PARTY OR CREDITOR INFORMATION**

**Secured Party(s):** COMMUNITY BANK OF PLANO
2005 W RT 34
PLANO, IL 60545

**COLLATERAL INFORMATION**

**Collateral Type:** SPECIFIED EQUIPMENT

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.