MHW

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Terry James Maier

STREET ADDRESS: 14780 Galena Road

CITY/STATE/ZIP: Plano, Illinois 60545

PHONE NUMBER: 630-552-8297

CASE NUMBER: 1:08-cv-01837

FILED
AUG 26 2008 TC
8-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
Signature

August 18, 2008
Date